923 A.2d 227

IN RE OPINION 710 OF THE ADVISORY COMMITTEE
ON PROFESSIONAL ETHICS AND ITS
SUBSEQUENT CLARIFICATION.

May 11, 2007.

IT IS ORDERED that the petition for review of the Advisory Committee on Professional Ethics Opinion Number 710, entitled *Misrepresenting Purchase Price or Other Material Fact Regarding A Real Estate Transaction,* is granted.